IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 3:19-CR-00589-K (1) |
| | § | |
| JONATHAN LEE WADE, Defendant | § § § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant JONATHAN LEE WADE is charged in a petition with a violation of the terms of his supervised release. On this date, the United States Magistrate Judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the Magistrate Judge recommends the United States District Judge:

- [x] find Defendant violated the terms of his supervised release;
- [x] revoke Defendant's supervised release;
- [x] impose a sentence of an additional term of imprisonment of TIME SERVED with a further term of 24 months of supervised release to follow; and
- [x] impose the mandatory, standard, and special conditions stated during the 10/7/2020 hearing.

SO RECOMMENDED.

10/7/2020
Date

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the Magistrate Judge's recommendation before any additional sentence is imposed.

I, Defendant JONATHAN LEE WADE, hereby
  waive my right to object to the Report and Recommendation of the Magistrate Judge.
  do NOT waive my right to object to the Report and Recommendation of the Magistrate Judge.

10/7/2020
Date

Jonathan Wade, signed by Marti Morgan
Defendant

*Marti Morgan*
Defense Counsel

**Consented to by United States**

*Melanie Smith*
Assistant U.S. Attorney